# Court of Appeals
# of the State of Georgia

ATLANTA,_ August 21, 2025_____

*The Court of Appeals hereby passes the following order:*

**A26E0033. BRIAN A. BROWN et al v. TRUE NORTH PROPERTY, LLC.**

Upon consideration, this motion for emergency relief is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_ 08/21/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*